# Exhibit D

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY   STATE BAR NO: 268116 | FOR COURT USE ONLY |
|---|---|
| NAME: Gary S. Brotman<br>FIRM NAME: Marquee Law Group, A.P.C.<br>STREET ADDRESS: 9100 Wilshire Blvd., Suite 445 East Tower<br>CITY: Beverly Hills   STATE: CA   ZIP CODE: 90212<br>TELEPHONE NO.: 310-275-1844   FAX NO.: 310-275-1801<br>E-MAIL ADDRESS: gary@marqueelaw.com<br>ATTORNEY FOR (Name): Geary Sha | **ELECTRONICALLY**<br>**F I L E D**<br>*Superior Court of California,*<br>*County of San Francisco*<br>**10/10/2023**<br>**Clerk of the Court**<br>**BY: YOLANDA TABO**<br>**Deputy Clerk** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: Civic Center Courthouse | |
| Plaintiff/Petitioner: Geary Sha<br>Defendant/Respondent: Aircraft Service International, Inc., et al. | |
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>CGC-23-606989 |

TO (insert name of party being served): MENZIES AVIATION (USA), INC.

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 6/14/2023

Gary S. Brotman
(TYPE OR PRINT NAME)                    (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):

1. [x] A copy of the summons and of the complaint.
2. [x] Other (specify):

   CIVIL CASE COVER SHEET; ADR INFORMATION
   PACKAGE; AND NOTICE AND ACKNOWLEDGEMENT OF RECEIPT - CIVIL

*(To be completed by recipient):*

Date this form is signed: July 5, 2023

Kevin Jackson, Counsel for Menzies Aviation (USA), Inc.
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov