# Exhibit F

CHRISTOPHER WARD, CA Bar No. 238777
    cward@foley.com
FOLEY & LARDNER LLP
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

KEVIN JACKSON, CA Bar No. 278169
    kjackson@foley.com
FOLEY & LARDNER LLP
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE:  858.847.6700
FACSIMILE:   858.792.6773

Attorneys for Defendants AIRCRAFT SERVICE
INTERNATIONAL, INC.; MENZIES AVIATION
(USA), INC.; and TRACY AGUILAR

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| GEARY SHA, AN INDIVIDUAL;<br><br>        PLAINTIFF,<br><br>    V.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., A DELAWARE CORPORATION; MENZIES AVIATION (USA), INC., A DELAWARE CORPORATION; TRACY AGUILAR, AN INDIVIDUAL; AND DOES 1 THROUGH 50, INCLUSIVE;<br><br>        DEFENDANTS. | CASE NO:  CGC-23-606989<br><br>**DEFENDANTS AIRCRAFT SERVICE INTERNATIONAL, INC.; MENZIES AVIATION (USA), INC. AND TRACY AGUILAR'S NOTICE OF DEPOSITION OF PLAINTIFF GEARY SHA**<br><br>DATE:        SEPTEMBER 19, 2023<br>TIME:        10:00 A.M.<br>PLACE:       VIDEO CONFERENCE<br><br>CASE FILED:  JUNE 9, 2023 |

4869-4949-5664.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to California Code of Civil Procedure §§2020.010 and 2025.010 et seq., Defendants AIRCRAFT SERVICE INTERNATIONAL, INC. (hereinafter referred to as "ASIG"); MENZIES AVIATION (USA), INC. (hereinafter referred to as "Menzies") and TRACY AGUILAR (hereinafter referred to as "Aguilar") (collectively, "Defendants") will take the oral deposition of Plaintiff GEARY SHA ("Plaintiff") on September 19, 2023, commencing at 10:00 a.m., or at any other date or time mutually agreed upon by the Parties.  If said deposition is not completed on that date, it shall be continued day-to-day thereafter, Saturdays, Sundays and legal holidays excepted, until complete, or on such other dates as may be agreed upon by the Parties.

The remote video deposition will be taken before a certified shorthand reporter authorized to administer oaths as provided by the California Code of Civil Procedure.  The deposition will be recorded stenographically, by videotape, and/or by the instant visual display of testimony, as allowed by California Code of Civil Procedure section 2025.330, subdivision (c).  Respondent reserves the right to use the deposition at trial pursuant to California Code of Civil Procedure section 2025.620.

**PLEASE TAKE FURTHER NOTICE:**

1. This deposition will be conducted remotely, using audio-visual conference technology, pursuant to California Code of Civil Procedure §§ 2025.220 and 2025.330;

2. The deposition may also be recorded via video by a competent operator, pursuant to California Code of Civil Procedure §§ 2025.220(a)(5) and 2025.340;

3. The deposition may also be recorded via LiveNote (real time transcription including drafts);

4. Respondent reserves all rights to introduce portions of the resulting transcript and/or audiovisual recording of the deposition at trial;

5. The court reporter and videographer, if any, will record and capture the deposition from a location separate from the Deponent and counsel;

6. Counsel for the parties and their clients will participate in the deposition from various, separate locations;

7.    The court reporter will administer the oath to the Deponent remotely;

8.    Counsel for the Deponent is responsible to ensure that the Deponent has access to appropriate equipment to be heard and viewed by other participants, as well as the ability to view any exhibits introduced;

9.    Any exhibits will be provided simultaneously and electronically to the Deponent and all participants;

10.    If any parties have any objection to proceeding with the deposition remotely, they shall state such objections on the record.

DATE: AUGUST 4, 2023

FOLEY & LARDNER LLP
CHRISTOPHER WARD
KEVIN JACKSON


By: _____
CHRISTOPHER WARD
Attorneys for Defendants AIRCRAFT SERVICE
INTERNATIONAL, INC.; MENZIES AVIATION
(USA), INC.; and TRACY AGUILAR

4869-4949-5664.1

PROOF OF SERVICE

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to this action; my current business address is 11988 El Camino Real, Suite 400, San Diego, CA 92130-2594.

On August 4, 2023, I served the foregoing document(s) described as: **DEFENDANTS AIRCRAFT SERVICE INTERNATIONAL, INC.; MENZIES AVIATION (USA), INC. AND TRACY AGUILAR'S NOTICE OF DEPOSITION OF PLAINTIFF GEARY SHA** on the interested parties in this action as follows:

F. Shawn Azizollahi                                        Attorneys for Plaintiff Geary Sha
Gary Brotman
Marquee Law Group, APC
9100 Wilshire Boulevard
Suite 445 East Tower
Beverly Hills, CA 90212
Telephone: 310-275-1844
Facsimile:  310-275-1801
Email: shawn@marqueelaw.com
         gary@marqueelaw.com


__X__    BY MAIL

        __X__    I am readily familiar with the firm's practice of collection and processing
                 correspondence for mailing with the United States Postal Service; the firm
                 deposits the collected correspondence with the United States Postal Service that
                 same day, in the ordinary course of business, with postage thereon fully prepaid,
                 at San Diego, California.  I placed the envelope(s) for collection and mailing on
                 the above date following ordinary business practices.

__X__    BY E-MAIL
        __X__    I served the foregoing document via e-mail to the addressees above at the e-mail
                 addresses listed therein.

__X__    Executed on August 4, 2023, at San Diego, California.

__X__            I declare under penalty of perjury under the laws of the State of California that
                 the above is true and correct.
__X__            I declare that I am employed in the office of a member of the bar of this court at
                 whose direction the service was made.

                                    _Sonia Moreno_____
                                    Sonia Moreno

4869-4949-5654.1