# Exhibit J

**Exhibit 22**
Sha, G.
02/06/24
optus

| | |
|---|---|
| **From:** | Tracy Aguilera [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AB58F521C6124929BC907BDDD380E9FB-TRACY AGUIL] |
| **Sent:** | 1/3/2023 11:53:18 PM |
| **To:** | Geary Sha [gearysha86@gmail.com] |
| **Subject:** | RE: [EXTERNAL] - Re: Recap of Meeting |
| **Attachments:** | Change In Relationship Geary Sha 1.3.2023.pdf |

Geary,

Thank you for getting back to me, I have attached your Change in Relationship.

I wish you the best.

**Tracy M. Aguilera**
Human Resource Manager | Menzies Aviation | SFO
T:650-745-1618 | M: 415-850-9699
Tracy.aguilera@menziesaviation.com

 **People. Passion. Pride.** Since 1833.

**From:** Geary Sha <gearysha86@gmail.com>
**Sent:** Tuesday, January 3, 2023 11:38 AM
**To:** Tracy Aguilera <tracy.aguilera@menziesaviation.com>
**Subject:** Re: [EXTERNAL] - Re: Recap of Meeting

1/3/2013

Tracy,

Thank you for the following jobs that you have mentioned that are out of the state. I can't accept the position as it is not easy for my whole family to leave California. I do not resign or voluntarily resign. It seems that you are forcing me to take 2 laborer jobs at San Francisco as a Fueler or Cargo Agent. I will be crazy to accept those jobs as people I was managing end up managing me if I accept those position.
I never know of any stations that doesn't have a General Manager. I feel that that it was because I was out on medical and you hired a lot of other managers in my absence.

| |
|---|
| Ramp Training Manager - ORD, Chicago, IL |
| Account Manager,  Alaska Airlines - ORD, Chicago, IL |
| General Manager – WestJet | Ground Handling Operations - YYZ, Toronto, Canada |
| Duty Manager - Fueling - Austin, Texas |

Geary Sha
(650) 898-9133

MENZIES_SHA_000629

Sent from my iPad


On Dec 29, 2022, at 3:45 PM, Tracy Aguilera <tracy.aguilera@menziesaviation.com> wrote:


Hi Geary,

As mentioned before your Dr. released you as of Dec. 20th, you have been on an unauthorized leave since then. I have offered you two different jobs in SFO and I have also offer you some Managerial positions to have you interview and be considered, if you qualify.

As of today, you have refused both jobs in SFO on multiple occasions and are asking for more time to consider if you would like to interview for the managerial positions.

If you decide to accept one of these positions in SFO, you can always interview for one of the managerial positions at a later date offered.

Unfortunately, if you do not accept any of the vacant positions in SFO, by 10:00 AM, Tuesday January 3$^{rd, d}$, I will have no choice but to terminate your employment as a voluntary resignation/refused worked.

Sincerely,

**Tracy M. Aguilera**
Human Resource Manager | Menzies Aviation | SFO
T:650-745-1618 | M: 415-850-9699
Tracy.aguilera@menziesaviation.com

<image001.png>

**From:** Geary Sha <gearysha86@gmail.com>
**Sent:** Thursday, December 29, 2022 2:02 PM
**To:** Tracy Aguilera <tracy.aguilera@menziesaviation.com>
**Subject:** [EXTERNAL] - Re: Recap of Meeting

December 29, 2022


Hello Tracy,

I am responding to your email that you have sent and thank you for giving me the listing of the job openings with Menzies. I would have to think about it as it not a easy matter of packing my bags and move the whole family that easily. 2 days is not enough to think this through to relocate to another location out of California.
If you can kindly to not mention voluntarily resignation I would highly appreciated as I do not resign or voluntarily resign, and it feels threaten when you say this.



Geary Sha
(650) 898-9133

Sent from my iPad

On Dec 28, 2022, at 2:58 PM, Tracy Aguilera <tracy.aguilera@menziesaviation.com> wrote:

December 28, 2022

Dear Geary Sha,

Thank you for meeting with me today regarding your status.

Your Dr. released you to full duty on 12/20/2022.  You were offered all currant vacant positions in SFO, which you refused in person, verbally today.

As of today, you are still on unauthorized leave.

I have looked into other positions, more in line with your previous position, in the Menzies network that you can apply and you may be considered.

Please note, that there are no relocation funds available.

Please see below for the list of these jobs/positions and locations:.

| |
|---|
| Ramp Training Manager - ORD, Chicago, IL |
| Account Manager,  Alaska Airlines - ORD, Chicago, IL |
| General Manager – WestJet \| Ground Handling Operations - YYZ, Toronto, Canada |
| Duty Manager - Fueling - Austin, Texas |

Please let me know if you are interested in interviewing for any of these jobs and I will arrange a date and time for your interviews.

I will need your response, no later than Friday, December 30, 2022 at 11::00 AM.

Failure to respond, I will accept this as your voluntary resignation.

Sincerely,

**Tracy M. Aguilera**
Human Resource Manager | Menzies Aviation | SFO
T:650-745-1618 | M: 415-850-9699
Tracy.aguilera@menziesaviation.com

<image001.png>

**From:** Tracy Aguilera
**Sent:** Friday, December 23, 2022 12:10 PM

MENZIES_SHA_000631

**To:** gearysha86@gmail.com
**Subject:** Recap of Meeting

Dear Geary,

As per your Dr.'s release you were scheduled to return to work on December 20, 2022. Upon your return I discussed the available job openings that are available to you:

Aircraft Fueler
Cargo Handler

Our meeting was rescheduled until today, 12/23/2022 for your decision. You verbally advised me that you cannot financially accept one of these positions.

However, I have set up a final meeting for Wednesday, December 28,2022 at 8:30 AM for you to reconsider accepting one of the positions being offered.

If you do not attend the meeting, I will then accept your voluntary resignation.

As of this moment, you are placed on an unexcused leave of absence.

Attached are the job description for your review.

Sincerely,

Tracy

**Tracy M. Aguilera**
Human Resource Manager | Menzies Aviation | SFO
T:650-745-1618 | M: 415-850-9699
Tracy.aguilera@menziesaviation.com

<image001.png>

DISCLAIMER
The information in this e-mail is confidential and may be legally privileged and is intended solely for the use of the individual or entity to which it is addressed. If the message is received and you are not the addressee, you must not use, disclose, distribute, copy, print or rely on this e-mail.

Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Menzies Aviation Limited  group of companies.

Menzies Aviation Limited is registered in England and Wales with company number 02961404 at MW1, Building 557, Shoreham Road West, London Heathrow Airport, Hounslow, Middlesex TW6 3RT and VAT Number GB 927546496.

All messages are checked for viruses by Cisco Email Security, but we strongly recommend that you check for viruses using your own virus scanner. No member of the Menzies Aviation Limited group of companies will take responsibility for any damage caused as a result of virus infection.

At present the integrity of e-mail across the Internet cannot be guaranteed. Therefore no member of the Menzies

MENZIES_SHA_000632

Aviation Limited group of companies will accept liability for any claims arising as a result of the use of this medium for transmissions by or any member of the Menzies Aviation Limited group of companies.

*****THIS EMAIL WAS RECEIVED FROM AN EXTERNAL SOURCE*****

DISCLAIMER
The information in this e-mail is confidential and may be legally privileged and is intended solely for the use of the individual or entity to which it is addressed. If the message is received and you are not the addressee, you must not use, disclose, distribute, copy, print or rely on this e-mail.

Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Menzies Aviation Limited  group of companies.

Menzies Aviation Limited is registered in England and Wales with company number 02961404 at MW1, Building 557, Shoreham Road West, London Heathrow Airport, Hounslow, Middlesex TW6 3RT and VAT Number GB 927546496.

All messages are checked for viruses by Cisco Email Security, but we strongly recommend that you check for viruses using your own virus scanner. No member of the Menzies Aviation Limited group of companies will take responsibility for any damage caused as a result of virus infection.

At present the integrity of e-mail across the Internet cannot be guaranteed. Therefore no member of the Menzies Aviation Limited group of companies will accept liability for any claims arising as a result of the use of this medium for transmissions by or any member of the Menzies Aviation Limited group of companies.

MENZIES_SHA_000633