# Exhibit K

Contact Us

# THE SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

Case Number: CGC23606989
Title: GEARY SHA VS. AIRCRAFT SERVICE INTERNATIONAL, INC. ET AL
Cause of Action: WRONGFUL DISCHARGE
Generated: 2024-03-20 1:15 pm

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

**Please Note: The "View" document links on this web page are valid until 1:25:08 pm**
**After that, please refresh your web browser. (by pressing Command +R for Mac, pressing F5 for Windows or clicking the refresh button on your web browser)**

## Register of Actions

Show [All] entries                                                                                               Search: [    ]

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2024-02-29 | PROOF OF SERVICE BY ELECTRONIC MAIL (TRANSACTION ID # 72206790) FILED BY PLAINTIFF SHA, GEARY | View | |
| 2024-02-29 | FILING FEE PAID FOR JOINT STIPULATION AND PROPOSED PROTECTIVE ORDER - CONFIDENTIAL DESIGNATIONS ONLY (TRANSACTION ID # 72206790) FILED BY DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC. MENZIES AVIATION (USA), INC. AGUILAR, TRACY | | $20.00 |
| 2023-10-26 | NOTICE OF TIME AND PLACE OF TRIAL, COURT TRIAL SET FOR JUL-08-2024 AT 9:30 AM IN DEPT. 206. CASE MANAGEMENT CONFERENCE ON NOV-08-2023 IS OFF CALENDAR. NOTICE SENT BY COURT. | View | |
| 2023-10-25 | JURY FEES (TRANSACTION ID # 100217234) DEPOSITED BY PLAINTIFF SHA, GEARY | | $150.00 |
| 2023-10-25 | CASE MANAGEMENT STATEMENT (TRANSACTION ID # 100217234) FILED BY PLAINTIFF SHA, GEARY JURY DEMANDED, ESTIMATED TIME FOR TRIAL: 5.0 DAYS | View | |
| 2023-10-11 | CASE MANAGEMENT STATEMENT (TRANSACTION ID # 100215774) FILED BY DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC. ALSO FILED BY DEFENDANT MENZIES AVIATION (USA), INC. AGUILAR, TRACY ESTIMATED TIME FOR TRIAL: 5.0 DAYS | View | |
| 2023-10-10 | NOTICE AND ACKNOWLEDGMENT OF RECEIPT, SIGNED JUL-05-2023, SERVED JUN-14-2023 (TRANSACTION ID # 71055139) FILED BY PLAINTIFF SHA, GEARY AS TO DEFENDANT MENZIES AVIATION (USA), INC. | View | |
| 2023-10-10 | NOTICE AND ACKNOWLEDGMENT OF RECEIPT, SIGNED JUL-05-2023, SERVED JUN-14-2023 (TRANSACTION ID # 71055139) FILED BY PLAINTIFF SHA, GEARY AS TO DEFENDANT AGUILAR, TRACY | View | |
| 2023-08-04 | ANSWER TO COMPLAINT (TRANSACTION ID # 100208351) FILED BY DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC. MENZIES AVIATION (USA), INC. AGUILAR, TRACY | View | $1305.00 |
| 2023-06-22 | SUMMONS ON COMPLAINT (TRANSACTION ID # 70242426), PROOF OF SERVICE ONLY, FILED BY PLAINTIFF SHA, GEARY SERVED JUN-15-2023, PERSONAL SERVICE AS TO DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC. , A DELAWARE CORPORATION | View | |
| 2023-06-13 | SUMMONS ISSUED (TRANSACTION ID # 70172761) TO | View | |

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| | PLAINTIFF SHA, GEARY | | |
| 2023-06-09 | NOTICE TO PLAINTIFF | View | |
| 2023-06-09 | CIVIL CASE COVERSHEET FILED (TRANSACTION ID # 70172761) FILED BY PLAINTIFF SHA, GEARY | View | |
| 2023-06-09 | WRONGFUL DISCHARGE, COMPLAINT (TRANSACTION ID # 70172761) FILED BY PLAINTIFF SHA, GEARY AS TO DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC. , A DELAWARE CORPORATION MENZIES AVIATION (USA), INC. A DELAWARE CORPORATION AGUILAR, TRACY , AN INDIVIDUAL DOES 1 TO 50, INCLUSIVE NO SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET NOT FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR NOV-08-2023 PROOF OF SERVICE DUE ON AUG-08-2023 CASE MANAGEMENT STATEMENT DUE ON OCT-16-2023 | View | $435.00 |

Showing 1 to 14 of 14 entries　　　　Previous　 1 　Next