1  CHRISTOPHER WARD, CA Bar No. 238777
       cward@foley.com
2  FOLEY & LARDNER LLP
   555 SOUTH FLOWER STREET, SUITE 3300
3  LOS ANGELES, CA 90071-2418
   TELEPHONE: 213.972.4500
4  FACSIMILE:  213.486.0065

5  KEVIN JACKSON, CA Bar No. 278169
       kjackson@foley.com
6  FOLEY & LARDNER LLP
   11988 EL CAMINO REAL, SUITE 400
7  SAN DIEGO, CA 92130-2594
   TELEPHONE: 858.847.6700
8  FACSIMILE:  858.792.6773

9  Attorneys for Defendants AIRCRAFT SERVICE
   INTERNATIONAL, INC.; MENZIES AVIATION
10 (USA), INC.; TRACY AGUILAR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEARY SHA, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a Delaware corporation; MENZIES AVIATION (USA), INC., a Delaware corporation; TRACY AGUILAR, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 3:24-cv-01738<br><br>**DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC.'S AND MENZIES AVIATION (USA), INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC.'S AND MENZIES AVIATION (USA), INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
Case No. 3:24-cv-01738

4880-5040-1965.1

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Menzies Aviation, Inc. – parent company for Defendants Aircraft Service International, Inc. and Menzies Aviation (USA), Inc.

2. John Menzies Limited – parent company of Menzies Aviation, Inc., which is the parent company for Defendants Aircraft Service International, Inc. and Menzies Aviation (USA), Inc.

DATED: March 20, 2024

**FOLEY & LARDNER LLP**
CHRISTOPHER WARD
KEVIN JACKSON

/s/ Kevin Jackson
KEVIN JACKSON
Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC.; MENZIES AVIATION (USA), INC.; TRACY AGUILAR