CHRISTOPHER WARD, CA Bar No. 238777
  cward@foley.com
FOLEY & LARDNER LLP
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:  213.486.0065

KEVIN JACKSON, CA Bar No. 278169
  kjackson@foley.com
FOLEY & LARDNER LLP
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE:  858.792.6773

Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC.; MENZIES AVIATION (USA), INC.; TRACY AGUILAR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEARY SHA, an individual,<br><br>              Plaintiff,<br><br>     vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a Delaware corporation; MENZIES AVIATION (USA), INC., a Delaware corporation; TRACY AGUILAR, an individual; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. 3:24-cv-01738<br><br>**DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC.'S AND MENZIES AVIATION (USA), INC.'S CORPORATE DISCLOSURE STATEMENT** |

DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC.'S AND MENZIES AVIATION (USA), INC.'S CORPORATE DISCLOSURE STATEMENT
Case No. 3:24-cv-01738

4874-5762-8845.1

1 | Pursuant to Federal Rules of Civil Procedure 7.1, Defendants AIRCRAFT SERVICE INTERNATIONAL, INC. and MENZIES AVIATION (USA), INC. (collectively, "Defendants") make the following disclosures:

1. John Menzies Limited is the parent company of Menzies Aviation, Inc., which is the parent company of both Menzies Aviation (USA), Inc. and Aircraft Service International, Inc. John Menzies Limited is privately owned and not publicly traded anywhere in the world.

2. Defendants are corporations organized under the laws of the state of Delaware, each with its principal place of business located in Texas.

DATED: March 20, 2024

**FOLEY & LARDNER LLP**
CHRISTOPHER WARD
KEVIN JACKSON


/s/ Kevin Jackson
KEVIN JACKSON
Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC.; MENZIES AVIATION (USA), INC.; TRACY AGUILAR

DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC.'S AND MENZIES AVIATION (USA), INC.'S CORPORATE DISCLOSURE STATEMENT
-2-
Case No. 3:24-cv-01738

4874-5762-8845.1