1  CHRISTOPHER WARD, CA Bar No. 238777
      cward@foley.com
2  FOLEY & LARDNER LLP
   555 SOUTH FLOWER STREET, SUITE 3300
3  LOS ANGELES, CA 90071-2418
   TELEPHONE: 213.972.4500
4  FACSIMILE:   213.486.0065

5  KEVIN JACKSON, CA Bar No. 278169
      kjackson@foley.com
6  FOLEY & LARDNER LLP
   11988 EL CAMINO REAL, SUITE 400
7  SAN DIEGO, CA 92130-2594
   TELEPHONE: 858.847.6700
8  FACSIMILE:   858.792.6773

9  Attorneys for Defendants AIRCRAFT SERVICE
   INTERNATIONAL, INC.; MENZIES AVIATION
10 (USA), INC.; TRACY AGUILAR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEARY SHA, an individual, | Case No. 3:24-cv-01738 |
| Plaintiff, | **CERTIFICATE OF SERVICE RE: NOTICE OF REMOVAL** |
| vs. | |
| AIRCRAFT SERVICE INTERNATIONAL, INC., a Delaware corporation; MENZIES AVIATION (USA), INC., a Delaware corporation; TRACY AGUILAR, an individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action; my current business address is 11988 El Camino Real, Suite 400, San Diego, CA 92130.

On March 20, 2024, I served the foregoing document(s) described as:

1. **DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC.'S NOTICE OF REMOVAL OF ACTION 28 U.S.C. § 1332 (DIVERSITY JURISDICTION);**
2. **DECLARATION OF KEVIN JACKSON IN SUPPORT OF DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC.'S NOTICE OF REMOVAL OF ACTION 28 U.S.C. § 1332 (DIVERSITY JURISDICTION);**
3. **DECLARATION OF TALIN BAZERKANIAN IN SUPPORT OF DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC.'S NOTICE OF REMOVAL OF ACTION 28 U.S.C. § 1332 (DIVERSITY JURISDICTION);**
4. **CIVIL COVER SHEET;**
5. **DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC.'S AND MENZIES AVIATION (USA), INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS;**
6. **DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC.'S AND MENZIES AVIATION (USA), INC.'S CORPORATE DISCLOSURE STATEMENT; AND**
7. **CERTIFICATE OF SERVICE**

on the interested parties in this action as follows:

| | |
|---|---|
| F. Shawn Azizollahi<br>Gary Brotman<br>Marquee Law Group, APC<br>9100 Wilshire Boulevard<br>Suite 445 East Tower<br>Beverly Hills, CA 90212<br>Telephone: 310-275-1844<br>Facsimile:  310-275-1801<br>Email: shawn@marqueelaw.com<br>        gary@marqueelaw.com | Attorneys for Plaintiff Geary Sha |

  __X__    BY MAIL
          __X__    I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at San Diego, California. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

  __X__    BY E-MAIL
          __X__    Pursuant to Code of Civil Procedure section 1010.6(b)(2), I served the foregoing document via e-mail to the addressees above at the e-mail addresses listed therein.

|     |                                                                                                                                                                                                                                                                                                     |
| --- | --------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| ___ | BY ELECTRONIC COURT FILING SERVICE (E-SERVICE) Pursuant to Code of Civil Procedure section 1010.6(b)(2), I personally caused each document listed above to be served by Court-approved Electronic Court Filing Service Provider by transmitting true and correct copies of each document for electronic service to the addressees above at the e-mail addresses listed therein. |
| X   | Executed on March 20, 2024, at San Diego, California.                                                                                                                                                                                                                                               |
| X   | I declare under penalty of perjury under the laws of the State of California that the above is true and correct.                                                                                                                                                                                    |
| X   | I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.                                                                                                                                                                            |

*Sonia Moreno* (signature)
Sonia Moreno

CERTIFICATE OF SERVICE RE: NOTICE OF REMOVAL
-3-
Case No. 3:24-cv-01738

4892-8202-2061.1