1  CHRISTOPHER WARD, CA Bar No. 238777
    cward@foley.com
2  FOLEY & LARDNER LLP
   555 SOUTH FLOWER STREET, SUITE 3300
3  LOS ANGELES, CA 90071-2418
   TELEPHONE: 213.972.4500
4  FACSIMILE:  213.486.0065

5  KEVIN JACKSON, CA Bar No. 278169
    kjackson@foley.com
6  FOLEY & LARDNER LLP
   11988 EL CAMINO REAL, SUITE 400
7  SAN DIEGO, CA 92130-2594
   TELEPHONE: 858.847.6700
8  FACSIMILE:  858.792.6773

9  Attorneys for Defendants AIRCRAFT SERVICE
   INTERNATIONAL, INC.; MENZIES AVIATION
10 (USA), INC.; TRACY AGUILAR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEARY SHA, an individual,<br><br>        Plaintiff,<br><br>  vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a Delaware corporation; MENZIES AVIATION (USA), INC., a Delaware corporation; TRACY AGUILAR, an individual; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 3:24-cv-01738<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO SUPERIOR COURT AND ADVERSE PARTIES OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT** |

CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action; my current business address is 11988 El Camino Real, Suite 400, San Diego, CA 92130.

On March 20, 2024, I served the foregoing document(s) described as: **NOTICE TO SUPERIOR COURT AND ADVERSE PARTIES OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT** copies of which are attached to this Certificate as Exhibit A on the interested parties in this action as follows:

F. Shawn Azizollahi  
Gary Brotman  
Marquee Law Group, APC  
9100 Wilshire Boulevard  
Suite 445 East Tower  
Beverly Hills, CA 90212  
Telephone: 310-275-1844  
Facsimile:   310-275-1801  
Email: shawn@marqueelaw.com  
         gary@marqueelaw.com

Attorneys for Plaintiff Geary Sha

__X__   BY MAIL

   __X__   I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at San Diego, California. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

__X__   BY E-MAIL  
   __X__   Pursuant to Code of Civil Procedure section 1010.6(b)(2), I served the foregoing document via e-mail to the addressees above at the e-mail addresses listed therein.

__X__   Executed on March 20, 2024, at San Diego, California.

__X__   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Sonia Moreno* (signature)
Sonia Moreno