CHRISTOPHER WARD, CA Bar No. 238777
   cward@foley.com
FOLEY & LARDNER LLP
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

KEVIN JACKSON, CA Bar No. 278169
   kjackson@foley.com
FOLEY & LARDNER LLP
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC.; MENZIES AVIATION (USA), INC.; TRACY AGUILAR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEARY SHA, an individual,<br><br>                    Plaintiff,<br><br>    vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a Delaware corporation; MENZIES AVIATION (USA), INC., a Delaware corporation; TRACY AGUILAR, an individual; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 3:24-cv-01738-PHK<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action; my current business address is 11988 El Camino Real, Suite 400, San Diego, CA 92130.

On March 26, 2024, I served the foregoing document(s) described as:

**1.     Order Setting Initial Case Management Conference and ADR Deadlines;**

**2.     Standing Order for Civil Cases Before Magistrate Judge Peter H. Kang;**

**3.     Standing Order for Discovery in Civil Cases Before Magistrate Judge Peter H. Kang;**

**4.     Settlement Conference Standing Order Before Magistrate Judge Peter H. Kang;**

**5.     Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement;**

**6.     ECF Registration Information;**

**7.     Notice of a Lawsuit and Request to Waive Service of a Summons Form;**

**8.     Waiver of the Service of Summons Form;**

**9.     Notice of Assignment of Case to a United States Magistrate Judge For Trial;**

**10.    Brochure Entitled "Consenting To The Jurisdiction Of A Magistrate Judge"; and**

**11.    Joint Case Management Statement & [Proposed] Order Form.**

on the interested parties in this action as follows:

| | |
|---|---|
| F. Shawn Azizollahi<br>Gary Brotman<br>Marquee Law Group, APC<br>9100 Wilshire Boulevard<br>Suite 445 East Tower<br>Beverly Hills, CA 90212<br>Telephone: 310-275-1844<br>Facsimile:   310-275-1801<br>Email: shawn@marqueelaw.com<br>           gary@marqueelaw.com | Attorneys for Plaintiff Geary Sha |

  X      BY MAIL
     X      I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at San Diego, California. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

| | | |
|---|---|---|
| X | | BY E-MAIL |
| | X | Pursuant to Code of Civil Procedure section 1010.6(b)(2), I served the foregoing document via e-mail to the addressees above at the e-mail addresses listed therein. |
| | | BY ELECTRONIC COURT FILING SERVICE (E-SERVICE) |
| | ___ | Pursuant to Code of Civil Procedure section 1010.6(b)(2), I personally caused each document listed above to be served by Court-approved Electronic Court Filing Service Provider by transmitting true and correct copies of each document for electronic service to the addressees above at the e-mail addresses listed therein. |
| X | | Executed on March 26, 2024, at San Diego, California. |
| X | | I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| X | | I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

*Sonia Moreno* (signature)
Sonia Moreno

-3-

CERTIFICATE OF SERVICE
Case No. 3:24-cv-01738-PHK

4890-6699-4098.1