Gary Brotman (SBN 287726)
gary@marqueelaw.com
Diego Gallego Gómez (SBN 337395)
diego@marqueelaw.com
MARQUEE LAW GROUP, A Professional Corporation
9100 Wilshire Boulevard, Suite 445 East Tower
Beverly Hills, California 90212
(310) 275-1844 telephone
(310) 275-1801 fax

Attorney for Plaintiff
GEARY SHA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEARY SHA, an individual; | United States District Court |
| | Case No.: 3:24-cv-01738-EMC |
| Plaintiff, | |
| vs. | San Francisco Superior Court |
| | Case No.: CGC-23-606989 |
| AIRCRAFT SERVICE INTERNATIONAL, INC., a Delaware corporation; MENZIES AVIATION (USA), INC., a Delaware Corporation; TRACY AGUILERA, an individual; and DOES 1 through 50, inclusive. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |
| Defendants. | Date:   June 13, 2024 |
| | Time:   1:30 p.m. |
| | Judge:  Honorable Edward M. Chen |
| | Location: Phillip Burton Federal Building |

# ORDER

The Motion of Plaintiff Geary Sha, for an Order remanding this case to State Court ("Motion"), came regularly for hearing on this 13th day of June 2024, in Courtroom 5 of the above-entitled Court, the Honorable Edward M. Chen presiding.

GOOD CAUSE APPEARING THEREFORE, said Motion is GRANTED, for the reasons set forth in the Motion and supporting papers. The case is ordered remanded to the San Francisco Superior Court.

**IT IS SO ORDERED.**

                                                                              _____
                                                                              Hon. Edward M. Chen
                                                                              United States District Judge