**FILED**
JUL 11 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

**ENDORSED FILED**
Superior Court of California
County of San Francisco
JUL 08 2024
CLERK OF THE COURT
BY: CAROLYN BALISTRERI
Deputy Clerk

Mark B. Busby
Clerk of Court

General Court Number

July 3, 2024

San Francisco Superior Court
400 McAllister
SF, CA, 94103

RE: Geary Sha v. Aircraft Service International, Inc., et al.
    24-cv-01738-EMC

Your Case Number: CGC-23-606989

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

☒ Certified original and one copy of this letter

☒ Certified copy of docket entries

☒ Certified copy of Remand Order

☐ Other

Please send an acknowledgement of receipt of these documents to hilary_jackson@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk of Court

by: Hilary Jackson
Case Systems Administrator
522-4261

REV. 10/21



OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

BUSINESS REPLY MAIL
FIRST-CLASS MAIL  PERMIT NO. 12615  WASHINGTON DC

POSTAGE WILL BE PAID BY ADMN OFFICE OF THE US COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE STE 36060
SAN FRANCISCO CA 94102-9680

SAN FRANCISCO CA
10 JUL 2024 PM 2 L

RECEIVED
JUL 11 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES